# Ruzumna Decl. Exhibit N

**Kaufman, Laura (x2607)**

| | |
|---|---|
| **From:** | William Rand <wcrand@wcrand.com> |
| **Sent:** | Friday, September 30, 2016 10:14 AM |
| **To:** | Ruzumna, Daniel (x2034); Kaufman, Laura (x2607) |
| **Subject:** | RE: Nasimova v. Attentive Home Care - Settlement |
| **FilingDate:** | 9/30/2016 5:52:00 PM |

I am free between 3:30 and 5:00 today.

_____

William C. Rand, Esq.
Law Office of William Coudert Rand
501 Fifth Ave., 15th Floor
New York, N.Y. 10017
Phone: (212) 286-1425; Fax: 646-688-3078
wcrand@wcrand.com

**From:** Ruzumna, Daniel (x2034) [mailto:druzumna@pbwt.com]
**Sent:** Friday, September 30, 2016 9:31 AM
**To:** William Rand; Kaufman, Laura (x2607)
**Subject:** RE: Nasimova v. Attentive Home Care - Settlement

Will,

I think the check you are referring to is from the Dept. of Labor.  As I mentioned previously, we resolved the DOL's inquiry prompted by Ms. Nasimova's complaint about not being paid for a few days of her work.  I assume the check your client received represented the funds from the resolution, less perhaps a small amount for the DOL.

As to your settlement offer, why don't we speak by telephone to see if it makes sense to continue these discussions.  We are nowhere near your demand.  Let me know if you have time to speak at 11:30 or noon today.

Dan


Daniel S. Ruzumna
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Phone:  (212) 336-2034
Fax:  (212) 336-1205


**From:** William Rand [mailto:wcrand@wcrand.com]
**Sent:** Friday, September 30, 2016 9:15 AM
**To:** Kaufman, Laura (x2607)
**Cc:** Ruzumna, Daniel (x2034)
**Subject:** RE: Nasimova v. Attentive Home Care - Settlement

1

Do you have a response to my client's settlement offer?

Also, Attentive just sent a $6,000 check to my client. Why are they sending her a check directly without notifying me?

I would request that your client not directly communicate with my client but communicate with me.

_____
William C. Rand, Esq.
Law Office of William Coudert Rand
501 Fifth Ave., 15th Floor
New York, N.Y. 10017
Phone: (212) 286-1425; Fax: 646-688-3078
wcrand@wcrand.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.